HICKS *et al. v.* WALKER, assignee.

LEWIS, J.   Where two actions in favor of the same plaintiff, but against different defendants, were consolidated in the court below and referred to an auditor, who reported thereon, making separate findings against each defendant; and where the defendants joined in filing exceptions to the auditor's report, this court has no jurisdiction to entertain a bill of exceptions, in which both the defendants unite, complaining of error in the judgment of the court disallowing their exceptions to the auditor's report.   *Western Assurance Co. v. Way,* 98 *Ga.* 746.

*Writ of error dismissed.   All concurring, except Cobb, J., absent.*

Argued February 24, — Decided April 1, 1898.

Practice in supreme court.

*T. L. Griner,* for plaintiffs in error.
*Anderson, Felder & Davis,* contra.

---

WILLIAMSON *et al. v.* HINES, survivor.

SIMMONS, C. J.   The evidence was sufficient to sustain the verdict, and, no error of law being complained of, the court did not err in overruling the motion for a new trial.

*Judgment affirmed.   All concurring, except Cobb, J., absent.*

Submitted February 24, — Decided April 1, 1898.

Complaint.   Before Judge Hart.   Baldwin superior court. January term, 1897.

*Crawford & Crawford,* for plaintiffs in error.
*Roberts & Pottle,* contra.